■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Sean P. WARRING, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 16, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 16th day of August, 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the Court of Common Pleas of Wayne County for resentencing consistent with *Commonwealth v. Dickson,* 591 Pa. 364, 918 A.2d 95 (2007).

Jurisdiction relinquished.

■

**Victor BROWN, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 20, 2007.

***ORDER***

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.

■

**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Claude Edward ALLEN, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2006.
Decided Aug. 20, 2007.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of August, 2007, the appeal is dismissed as having been improvidently granted.

Former Justice NEWMAN did not participate in the consideration or decision of this case.